Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

FILED11 MAY '26 11:23USDC-ORP

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

6:26-cv-00949-AB

| United States District Court | District of Oregon | |
|---|---|---|
| Name (under which you were convicted): **NO CONVICTION** <br> **BrucE EUGENE HIRES** | | Docket or Case No.: <br> **23 CR 60707** |
| Place of Confinement: <br> **MULTNOMAH Co JAIL, OREGON STATE HOSPITAL** | Prisoner (SID) No.: <br> **23 CR 60707** | |
| Petitioner (include the name under which you were convicted) <br> **EUGENE** <br> **BrucE HIRES** | Respondent (authorized person having custody of petitioner) <br> **MULTNOMAH COUNTY COURT** | |
| v. | | |
| The Attorney General of the State: | | |

### CONVICTION UNDER ATTACK

1. Name and location of court that entered the judgment of conviction you are challenging: **NO JUDGEMENT**

   **MULTNOMAH COUNTY Portland Oregon**

2. Criminal docket or case number (if known): **ORS 161.370, ORS 161.371**

3. (a) Date of judgment of conviction (if known): **HAVIUS CORPUS**

   (b) Date of sentence: **Arrest Fri Dec 13th 2022**

4. Length of sentence: **ILLEALY DETAINED TO THE PRESENT**

5. Identify all crimes for which you were convicted and sentenced in this case: **NONE**

6. What was your plea? (Check one)

   ☒ Not Guilty          ☐ Guilty

   ☐ Nolo Contendere (No Contest)      ☐ Insanity Plea

   If you entered a guilty plea(s), list what crimes you pleaded guilty to, and what crimes you did not plead guilty to:
   **NOT GUILTY**

7. If you pleaded not guilty, what kind of trial did you have? (Check one)

   ☐ Jury          ☐ Judge Only

8. Did you testify at trial?

   ☐ Yes          ☒ No

Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254

## (Petition for Relief from a Conviction or Sentence by a Person in State Custody)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be imposed in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum. Note that any written submissions must comply with the Local Rules of the District of Oregon.

6. **You must pay a fee of $5.** If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask for an Application to Proceed *In Forma Pauperis*. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, **send the original *and* one (1) additional copy** to:

> Clerk of Court
> U.S. District Court, District of Oregon
> 1000 SW Third Avenue, Suite 740
> Portland, OR 97204-2902

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the Court to file-stamp it and return it to you. If you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI).

9. **Notification Regarding Address Changes.** It is important that you indicate your current address and state offender identification number ("SID") on your petition. If your address changes during the course of this proceeding, you must give written notification to the Court and opposing counsel of your new address. The notification should include the case number and be labeled "Notice of Change of Address." Failure to keep the Court advised of your current address may result in dismissal of your action.

10. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. You must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

11. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

District of Oregon Case 6:26-cv-00949-AB    Document 1    Filed 05/11/26    Page 3 of 12
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 3 of 10

## EXHAUSTION OF STATE REMEDIES

### DIRECT APPEAL

9. Did you directly appeal from the judgment of conviction?

☐ Yes          ☒ No

a. Name of court: MULTNOMAH COURT COUNTY

b. Docket or case number (if known): 23 CR60707

c. Result: Hospitalization at Q.S. Hospital, No TRIAL OR COURT

d. Date of result and citation (if known): 5-5-26 Today

e. Grounds raised:

Violation of civil rights with right to a speedy trial

Haveous Corpus - Illegle detainment

10. Did you seek further review of the decision on appeal by a higher state court?

☐ Yes          ☒ No

a. Name of court:

b. Docket or case number (if known): 23CR60703

c. Result:

d. Date of result and citation (if known): DEC 13 Fri 2022

e. Grounds raised:

violation of civil rights to a fair and speed trail

Haveous Corpus

11. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes          ☒ No

Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

a.       Docket or case number (if known): __23 CR60707__

b.       Result: __Detained 4 years__

c.       Date of result and citation (if known): __23 CR 60707__

d.       Grounds raised:
__Habeas Corpus__

12.      If you did not directly appeal from the judgment of conviction, explain briefly why you did not:

__NO APPEAL__

## POST-CONVICTION RELIEF

13.      Did you file a petition for state post-conviction relief?

☐ Yes                    ☒ No

a.       Name of court: _____

b.       Docket or case number (if known): _____

c.       Nature of proceeding: _____

d.       Did you receive an evidentiary hearing?

☐ Yes                    ☒ No

e.       Result: _____

f.       Date of result and citation or case number (if known): _____

g.       Grounds raised:

14.      Did you appeal the result of your state post-conviction case?

☐ Yes                    ☒ No

Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

a. Name of court: **Multnomah County Court**

b. Docket or case number (if known): **23 CR60707**

c. Result: _____

d. Date of result and citation (if known): **DEC, 13, 2022**

e. Grounds raised:
Violation of civil rights right to a fair and speedy trial

15. Did you seek further review of the decision on appeal by a higher state court?

☐ Yes          ☒ No

a. Name of court: _____

b. Docket or case number (if known): **23 CR60707**

c. Result: _____

d. Date of result and citation (if known): **DEC 13, 2022**

e. Grounds raised:
Habeas Corpus - violated right to a speedy trial.
Violated civil rights.

16. If you did not appeal from the adverse decision in your state post-conviction case, explain briefly why you did not:
No post conviction Appeal
Habeas Corpus

## GROUNDS FOR RELIEF

17. For this petition, state *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: In order to proceed in the federal court, normally you must exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list (a-j) of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise grounds other than those listed.

Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

a.  Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

b.  Conviction obtained by use of coerced confession.

c.  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d.  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

e.  Conviction obtained by a violation of the privilege against self-incrimination.

f.  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

g.  Conviction obtained by a violation of the protection against double jeopardy.

h.  Conviction obtained by action of a grand or petit jury that was unconstitutionally selected and impaneled.

i.  Denial of effective assistance of counsel at trial or on appeal.

j.  Denial of right of appeal.

A.  Ground One:

_HABeas Corpus_

Supporting FACTS (state *briefly* without citing cases or law):

_4 years and no trial_

B.  Ground Two:

_Habeas Corpus_

Supporting FACTS (state *briefly* without citing cases or law):

_4 years and no trial_

C.    **Ground Three:**

Supporting FACTS (state *briefly* without citing cases or law):

No trial, violation of civil Rights
Habeas corpus

D.    **Ground Four:**

Supporting FACTS (state *briefly* without citing cases or law):

4 years no trial.

## OTHER INFORMATION

18.    Please answer these additional questions about the petition you are filing:

a.    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

☐ Yes                          ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

Havent had a trial

Habeas corpus violated civil rights

b.      Is there any ground in this petition that has not been presented in some state or federal court?  If so, indicate which ground or grounds have not been presented, and state your reasons for not presenting them:

NO

19.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, state or federal, for the judgment you are challenging here?

☒ Yes                          ☐ No

If the answer is "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:

MULTNOMAH COUNTY    23CR60707

20.     Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

a.      At preliminary hearing:
TEMPERARILY MAX VOKEL

b.      At arraignment and plea:

c.      At trial:

d.      At sentencing:

e.      On appeal:

f.      In any post-conviction proceeding:

District of Oregon Case 6:26-cv-00949-AB    Document 1    Filed 05/11/26    Page 9 of 12
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 10 of 10

23.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition:

*DETAINED ILLEAGLLY FOR 4 YEARS*

24.   Date you are mailing (or handing to correctional officer for mailing) this petition to the Court:*

*5-5-26*

WHEREFORE, petitioner prays that the Court will grant such relief to which he or she may be entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

x _____
Signature of Attorney (if any)

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*5-5-26*
Date

x _____
Signature of Petitioner

* As noted in the instructions to this form (at #8), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

g.    On appeal from any adverse ruling in a post-conviction proceeding:

_____

_____

21.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

☐ Yes          ☒ No

a.    If yes, in what court was the prior action filed? _____

b.    What was the prior case number? _____

c.    Was the prior action:          ☐ Decided on the merits, or

☐ Dismissed on procedural grounds

d.    Date of decision: _____

e.    Are there any issues in this petition raised in the prior petition?

☐ Yes          ☒ No

f.    If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition?

☐ Yes*          ☒ No

*If the answer is "Yes," you *must* attach a copy of the order received from the Ninth Circuit Court of

Appeals.

22.    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes          ☒ No

a.    If so, give the name and location of the court that imposed the sentence to be served in the future:

_____

b.    Give the date and length of sentence to be served in the future:

_____

_____

c.    Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the sentence to be served in the future?

☐ Yes          ☒ No

RECEIVED

*BMA*

DATE: 3-3-26   IN THE CIRCUIT COURT OF THE STATE OF
OREGON FOR THE COUNTY OF
MULTNOMAH

                                        Plaintiff        ORDER OF COMMITMENT TO
                                                         OREGON STATE HOSPITAL

Bruce Eugene Hires

                                                         State of Oregon    case No: 23CR60707

                                        Defendant        (ORS 161.370; ORS 161.371)

☒ This matter came before the Court on 3±202.6 for a hearing concerning Defendant's fitness to proceed pursuant to ORS 161.370.

Defendant appeared (in person or remotely) / did not appear, represented by counsel T: Monthey- Bar 234705.
The State appeared through W. Smith-Bar 234128.

The Court finds that Defendant is charged with the following offenses, listed in order of seriousness by crime classification:

Crime Name:     Crime ORS: Felony/Misd/Vi01:     Maximum Sentence:     Booking Date:
1.    Attempt to Commit Murder in the Second degree ORS 161.405 FA 20 Years    0202-2026
2.    Attempt to Commit Assault in the Second Degree ORS 161.405 (2) (c) FC 5 years 02-22-2026
3.    Burglaty in the First Degree ORS 164.225 FA 20 years    02-220026
4.    Unlawful Use of a weapon ORS 166.220 FC    5 years 02-22-2026
5.    Menacing ORS 163.190MA    5 years 02-22-2026

Based on the Court's review and consideration of: (check all that apply) ☒ a report from a local community mental health program (CMHP), dated 2-27-2026 ☒ a report of a certified evaluator, dated 9-28-2025 ☒ the court's inquiry and observation of Defendant at the hearing ☒ statements from counsel ☐ witness testimony from State's witnesses ☐ witness testimony from Defendant's witnesses
Cl the parties' stipulation that Defendant is unfit to proceed
C] other information:

Bruce Hires

OREGON STATE HOSPITAL
BUTTERFLY-2
2600 CENTER ST NE
SALEM, OR 97301

Legal Mail



quadient +LM B42

FIRST-CLASS MAIL
IMI
$001.90 ℗
05/06/2026 ZIP 97301
043M31228317

US POSTAGE

Clerk of Court
U.S. District Court, District of Oregon
1000 SW third Avenue, Suite 740

Portland, OR 97204-2902